UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Emery Slayden,

                  Plaintiff

    v.

James Dzurenda,

                  Defendant

Case No. 2:26-cv-00199-JAD-EJY

**Order Granting Motion to Voluntarily Dismiss Complaint and Closing the Case**

Plaintiff Emery Slayden moves to voluntarily dismiss this civil-rights action that he filed earlier this year.[1] Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss his own case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] Because Slayden's case remains in that early stage for which Rule 41(a)(1) permits voluntary dismissal, I grant his request and deny as moot all other pending motions.

    IT IS THEREFORE ORDERED that Slayden's motion for voluntary dismissal **[ECF No. 7] is GRANTED**, this action is dismissed in its entirety without prejudice, all other pending motions and applications **[ECF Nos. 1, 6] are DENIED as moot**, and the Clerk of the Court is directed to **CLOSE THIS CASE.**

    Dated: May 11, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.

[2] Fed. R. Civ. P. 41(a)(1)(A)(i).